**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LIA BREWSTER AUTOMOTIVE, LLC., <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES SMALL BUSINESS ADMINISTRATION OFFICE OF CAPITAL ACCESS, <br><br> Respondent. | Civil Action No. 1:23-cv-01069-MAD-ML |
| WILBRAHAM IMPORT CARS, INC., <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES SMALL BUSINESS ADMINISTRATION OFFICE OF CAPITAL ACCESS, <br><br> Respondent. | Civil Action No. 1:23-cv-01077-BKS-ML |
| GLEN FALLS NMS, LLC., <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES SMALL BUSINESS ADMINISTRATION OFFICE OF CAPITAL ACCESS, <br><br> Respondent. | Civil Action No. 1:23-cv-01059-FJS-ATB |

| | |
|---|---|
| L & D MOTORS, INC.,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION OFFICE OF CAPITAL ACCESS,<br><br>Respondent. | Civil Action No. 1:23-cv-01064-MAD-DJS |
| INFINITI OF ALBANY, INC.,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION OFFICE OF CAPITAL ACCESS,<br><br>Respondent. | Civil Action No. 1:23-cv-01073-TJM-DJS |
| WHEATFIELD VILLAGE MOTORS, INC.,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION OFFICE OF CAPITAL ACCESS,<br><br>Respondent. | Civil Action No. 5:23-cv-01067-GTS-ATB |
| LIA AUTOMOTIVE, LLC.,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION OFFICE OF CAPITAL ACCESS,<br><br>Respondent. | Civil Action No. 1:23-cv-01066-LEK-DJS |

| | |
|---|---|
| DELMAR AUTO PLAZA, LTD., <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES SMALL BUSINESS ADMINISTRATION OFFICE OF CAPITAL ACCESS, <br><br> Respondent. | Civil Action No. 1:23-cv-01078-TJM-DJS |

## NOTICE OF MOTION FOR CONSOLIDATION OF PETITIONS

**PLEASE TAKE NOTICE** Petitioners make a Motion with the consent of Respondent, at the United States District Court, Northern District of New York, Albany, New York, for an Order pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure, asking the Court to grant their request to consolidate the actions.

Dated: October 23, 2023
        Albany, New York

THE TOWNE LAW FIRM, P.C.


By: */s/ James T. Towne, Jr. Esq.*
      James T. Towne, Jr. Esq.
      Attorney for Petitioner(s)
      Bar Roll No.: 601203
      500 New Karner Road
      Albany, New York 12212-5072
      Tel. No.: (518) 452-1800
      james.towne@townelaw.com